PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YOSEF YITZCHAK BESHARI,<br><br>Defendants. | CASE NO. 2:22-CR-00036 WBS<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: June 27, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ROGER YANG, and defendant YOSEF YITZCHAK BESHARI, both individually and by and through his counsel of record, ROBERT K. WEINBERG, hereby stipulate as follows:

1. The sentencing hearing is currently scheduled for June 27, 2022 at 9:00AM before Senior Judge William B. Shubb.

2. By this stipulation, the parties jointly move to continue the sentencing hearing to August 29, 2022, at 9:00 a.m., before the Senior Judge William B. Shubb. The parties stipulate that the delay is because defense counsel will not be available on June 27, 2022, and needs additional time to respond to the draft pre-sentence report. The continuance will also give the Probation Officer time to respond to objections and finalize the pre-sentence report.

3. The parties agree that good cause exists for the continuance, and that the countinuance will not adversely affect the public interest in the prompt disposition of criminal cases.

1    IT IS SO STIPULATED.

3    Dated:  May 25, 2022                              PHILLIP A. TALBERT
                                                       United States Attorney

5                                                      /s/ ROGER YANG
                                                       ROGER YANG
6                                                      Assistant United States Attorney

8    Dated:  May 25, 2022                              /s/ ROBERT K. WEINBERG
                                                       ROBERT K. WEINBERG
9                                                      Counsel for Defendant
                                                       YOSEF YITZCHAK BESHARI

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING                    2